**FILED**

JUN 17 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
                    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )  Case No. ~~2:08-cr-00218~~ 03-CR-499 GEB
                          )
            Plaintiff,    )
                          )
     v.                   )  ORDER FOR RELEASE OF PERSON
                          )  IN CUSTODY
GUADALUPE OROZCO MUNOZ, JR. )
                          )
            Defendant.    )
_____)

TO UNITED STATES MARSHALL:

Since it has not been shown that Guadalupe Orozco Munoz, Jr. is a flight risk or danger to the community, you are directed to release Guadalupe Orozco Munoz, Jr. from custody as soon as he can released on the date this order is signed.

Dated:  June 17, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge