1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street,
   Assistant Federal 3rd Floor
4  Sacramento, California  95814
   Telephone: (916) 498-5700
5

6
   Attorney for Defendant
7  GUADALUPE OROZCO MUNOZ, JR.

8

9
                    IN THE UNITED STATES DISTRICT COURT
10
                  FOR THE EASTERN DISTRICT OF CALIFORNIA
11

12

13 UNITED STATES OF AMERICA,       ) No. 2:03-CR-0499 GEB
                                   )
14              Plaintiff,         )
                                   ) **STIPULATION AND ORDER**
15      v.                         ) **EXTENDING SURRENDER DATE**
                                   )
16 GUADALUPE OROZCO MUNOZ, JR.,    )
                                   )
17              Defendant.         ) Judge: Hon. Garland E. Burrell, Jr.
   _____ )
18

19

20      It is hereby stipulated between the parties, through their

21 respective attorneys, that the date for Mr. Munoz to surrender to serve

22 her sentence (January 17, 2012) may be continued two weeks to January 31,

23 2012.

24      On December 2, 2011, the Court ordered Mr. Munoz to serve five

25 months in BOP custody and to surrender on January 17, 2012.  Yesterday,

26 the U.S. Marshal advised defense counsel that Probation had yet to

27 forward the paperwork necessary for BOP to designate a place for Mr.

28 Munoz to serve his sentence.  Mr. Munoz remains in contact with defense

1  counsel regarding his surrender and defense counsel will advise him of
2  the designation as soon as the Marshal forwards it, which we expect will
3  happen in the next two weeks.

   Respectfully Submitted,

   DANIEL J. BRODERICK
   Federal Defender

Dated: January 11, 2012    /s/ T. Zindel
                           TIMOTHY ZINDEL
                           Assistant Federal Defender
                           Attorney for GUADALUPE MUNOZ, JR.

                           BENJAMIN B. WAGNER
                           United States Attorney

Dated: January 11, 2012    /s/ T. Zindel for S. Wong
                           SAMUEL WONG
                           Assistant U.S. Attorney

**O R D E R**

The date for defendant's surrender is hereby continued two weeks to January 31, 2012, by 2:00 p.m.  All other orders remain in effect.

**IT IS SO ORDERED.**

Dated: January 11, 2012

_____
GARLAND E. BURRELL, JR.
United States District Judge

Stip & Order                -2-